UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LIAN TONG CHEN,

                Plaintiff,

            -against-

HAO NY INC. d/b/a MEE'S NOODLE SHOP a/k/a
MEE NOODLE SHOP & GRILL, "JOE" CHI, and "A
QI" DANG,

                Defendants.
------------------------------------------------------------x

21-CV-05744 (PAE) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed and considered Plaintiff's request to adjourn the Initial Pretrial Conference scheduled for September 9, 2021, as per ECF 6. (ECF 15). Plaintiff's request is **GRANTED**. The telephonic Initial Pretrial Conference is rescheduled to **November 10th, 2021 at 10:30 a.m.** The dial in information is the same.

Plaintiff shall refer to refer to Judge Engelmayer's Individual Practices in connection with any future motion for default judgment. Plaintiff is directed to serve a copy of this Order on Defendant and file proof of such service on the docket.

The Clerk of Court is directed to close ECF 15.

**SO ORDERED.**

Dated: August 31, 2021
       New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge