UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LISA TONG CHEN,

                                      Plaintiff,

-v-

HAO NY INC. d/b/a MEE'S NOODLE SHOP a/k/a MEE NOODLE SHOP & GRILL, "JOE" CHI, and "A QI" DANG,

                                     Defendants.

21 Civ. 5744 (PAE) (OTW)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 9, 2021, defendants moved to set aside the default judgment entered against them. Dkts, 33, 34. Defendants' attorney's, Stacey Van Malden, Esq., affirmation in support indicated that counsel for plaintiff, Alexa R. Perlman, Esq., consented to setting aside the default. Dkt 34 ¶ 6.

However, no default judgment has been entered in this case. On October 20, 2021, plaintiff obtained a certificate of default as to all defendants. Dkt. 22. Thereafter, plaintiff never moved for default judgment, and no default judgment was entered.

Accordingly, defendants' answer to plaintiff's complaint is due twenty-one days from the date of this order. This case remains referred to Magistrate Judge Ona T. Wang for general pretrial supervision, pursuant to the Court's July 6, 2021 order. Dkt. 5.

The Clerk of the Court is respectfully directed to terminate the motion pending at Docket 33.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: December 14, 2021
       New York, New York